NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-11-0000151
10-MAR-2014
07:45 AM

NO. CAAP-11-0000151

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

ASSOCIATION OF APARTMENT OWNERS OF DISCOVERY BAY, Plaintiff-Appellee, v. RALPH MITCHELL, Defendant-Appellant, and JOHN DOES 1-10; JANE DOES 1-10; DOE CORPORATIONS 1-10; DOE GOVERNMENTAL AGENCIES 1-10; DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 10-1-1871-08)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Fujise, Presiding Judge, Leonard and Ginoza, JJ.)

Upon consideration of Defendant-Appellant Ralph Mitchell's Motion for Reconsideration filed on March 5, 2014, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, March 10, 2014.

On the motion:

Lila Barbara Kanae,
for Defendant-Appellant.

Presiding Judge

Associate Judge

Associate Judge